UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-CR-356-1F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Jerry Tyrik Richardson** | ) | |

On September 13, 2007, Jerry Tyrik Richardson appeared before the Honorable James A. Beaty, U.S. District Judge in the Middle District of North Carolina, and upon a plea of guilty to 18 U.S.C. § 1344 (1) & (2), Bank Fraud, and 18 U.S.C. § 1028 (A)(a)(1), Identity Theft, was sentenced to the custody of the Bureau of Prisons for a term of 32 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Jerry Tyrik Richardson was released from custody and the term of supervised release commenced on August 28, 2009. Jurisdiction was transferred to the Eastern District of North Carolina on November 30, 2009.

From evidence presented at the revocation hearing on January 18, 2011, the court finds as a fact that Jerry Tyrik Richardson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to follow the instructions of the probation officer.
2. Failure to notify the probation officer ten days prior to any change in residence.
3. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 18th day of January, 2011.

James C. Fox
Senior U.S. District Judge